United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE DAVID LUCAS,<br><br>    Plaintiff,<br><br>  v.<br><br>WARDEN CRAIG KOENIG, et al.,<br><br>    Defendants. | Case No. 19-07938 BLF (PR)<br><br>**ORDER *SUA SPONTE* GRANTING EXTENSION OF TIME TO FILE COMPLETE APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

On December 4, 2019, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against prison officials at Soledad State Prison. (Docket No. 1). On the same date, Plaintiff was advised through a Clerk's notice that he must either pay the full filing fee or file an application to proceed *In Forma Pauperis* in order to proceed with this action. (Docket No. 2.)

Plaintiff has filed an IFP application which is insufficient because the attached Certificate of Funds in Prisoner's Account was not completed and signed by an authorized prison official. (Docket No. 6.) It appears that he attempted to obtain the Certificate but failed to follow prison procedure. (Docket No. 4.)

Order Sua Sponte Granting EOT to file Complete IFP
P:\PRO-SE\BLF\CR.19\07938Lucas_eot-ifp.docx

1  In the interest of justice, the Court *sua sponte* grants Plaintiff an extension of time
2  to file a signed IFP application along with the supporting documents.  Plaintiff shall file a
3  complete IFP application **no later than twenty-eight (28) days** from the filing date of this
4  order.

**Failure to file a complete IFP application in the time provided shall result in this action being dismissed without prejudice and without further notice to Plaintiff.**

**IT IS SO ORDERED.**

Dated: December 20, 2019

BETH LABSON FREEMAN
United States District Judge

Order Sua Sponte Granting EOT to file Complete IFP
P:\PRO-SE\BLF\CR.19\07938Lucas_eot-ifp.docx