UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE LUCUS,<br>        Plaintiff,<br>v.<br>CRAIG KOENIG, et al.,<br>        Defendants. | Case No. 19-07938 BLF (PR)<br><br>**ORDER DENYING MOTION AS UNNECESSARY**<br><br>(Docket No. 23) |

        Plaintiff,[1] a former California inmate who has been paroled, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against CDCR officials and employees at the Correctional Training Facility ("CTF") where he was formerly incarcerated. The amended complaint is the operative complaint in this matter. Dkt. No. 15. This matter is proceeding solely on the cognizable claims as discussed in the Court's Order of Service. Dkt. No. 18.

        Defendants have filed a first motion for extension of time to file a responsive pleading to Plaintiff's amended complaint. Dkt. No. 23. Defendants are advised that the Order of Service provided Defendants with ninety-one (91) days from the date the order

---

[1] Plaintiff was granted permission for electronic case filing. Dkt. No. 16.

was filed to file a motion for summary judgment or other dispositive motion. Dkt. No. 18 at 6. The Order of Service was filed on September 1, 2020. Dkt. No. 18. Therefore, Defendants' responsive pleading is due no later than December 1, 2020. Accordingly, Defendants' motion for an extension of time until November 24, 2020, is DENIED as unnecessary. Dkt. No. 23.

This order terminates Docket No. 23.

**IT IS SO ORDERED.**

Dated: _October 27, 2020_____

BETH LABSON FREEMAN
United States District Judge

Order Denying Motion as Unnecessary
PRO-SE\BLF\CR.19\07938Lucus_deny.mot

2