UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE LUCUS,<br><br>    Plaintiff,<br><br>v.<br><br>CRAIG KOENIG, et al.,<br><br>    Defendants. | Case No. 19-07938 BLF (PR)<br><br>**JUDGMENT** |

The Court has granted Defendant's motion to dismiss and dismissed all claims in this action. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated: __June 4, 2021_____**

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.19\07938Lucus_judgment